UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD STOCKER and SHELLY LAWRENCE,

    Plaintiffs,

    v.

FRED L. BESS, *et al.*,

    Defendants.

Case No. C03-5134FDB

ORDER TO CLOSE CASE

This matter was dismissed following an order to show cause for lack of prosecution and for failure to abide by the Court's orders on October 9, 2003. In response, Plaintiffs had simply filed a voluntary dismissal. Plaintiffs appealed, and on March 12, 2007, the Ninth Circuit's mandate vacating the judgment in this case was entered, thus allowing Plaintiffs' voluntary dismissal to dispose of the case. NOW, THEREFORE,

IT IS ORDERED: The plaintiffs having dismissed this cause of action, the Clerk shall now close this case.

DATED this 22nd day of January, 2009.

                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE

ORDER - 1